# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVAD MANAGEMENT CONSULTING ) <br> 8181 Professional Place, Suite 208 ) <br> Landover, MD 20785 ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOUSING AND URBAN ) <br> DEVELOPMENT ) <br> 751 7th Street, SW ) <br> Washington, D.C. 20410 ) <br> _____) | CA No. |

## COMPLAINT FOR INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiff by defendant Department of Housing and Urban Development ("HUD").

## Jurisdiction and Venue

2. This Court has both subject matter and jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff NOVAD Management Consulting ("NOVAD") is a minority owned firm that provides loan servicing support to HUD.

4. Defendant HUD is a Department of the Executive Branch of the United States Government. HUD is an agency within the meaning of 5 U.S.C. § 552(f).

## Plaintiff's FOIA Requests and Defendant's Failure to Respond

5. By letter to HUD dated August 25, 2017, plaintiff submitted a Freedom of Information Act ("FOIA") request for:

> All formal and informal requests for equitable adjustments, including attachments, submitted by DEVAL, LLC under contract HUDCCDEN02528 between November 29,      2011 and December 2014.

    Any and all certified claims, including attachments, submitted by DEVAL, LLC under contract HUDCCDEN02528.

    Any and all memoranda and communications regarding the integrity of the data in HERMIT and SMARTS databases at the time solicitation DU208WR-13-R-005 was issued on June 4, 2013.

    The HUD Standard Operating Procedures provided to DEVAL, LLC and any modifications to the Standard Operating Procedures made by DEVAL, LLC under contract HUDCCDEN02528.

    Any and all Quarterly Desk Reviews and Cure Notices related to DEVAL, LLC performance under contract HUDCCDEN02528.

### Defendant HUD's Failure to Timely Comply with Plaintiff's Request

6.    By email on October 5, 2017, HUD received notice that the request was forwarded to HUD employee Adrienne R. Harding of the FOIA Branch of the Office of the Executive Secretariat.

7.    By email on November 24, 2017, NOVAD notified HUD that they had failed to comply with the request or provide written notice the records were subject to an exemption and requested a status regarding NOVAD's FOIA request.

8.    By email on November 29, 2017, HUD stated the request was still being processed.

9.    To date, HUD has not provided the records requested by plaintiff in its FOIA request, notwithstanding the FOIA's requirement of an agency response within twenty (20) working days.

10.    Plaintiff has exhausted the applicable administrative remedies with respect to its FOIA request to HUD.

11.    HUD has wrongfully withheld the requested records from plaintiff.

### Requested Relief

WHEREFORE, plaintiff prays that this Court:

    A.    order defendant to disclose the requested records in their entireties and make copies available to plaintiff;

    B.    provide for expeditions proceedings in this action;

    C.    award plaintiff its' costs and reasonable attorney fees incurred in this action; and

D. grant such other relief as the Court may deem just and proper.

Respectfully submitted,

                       _/s/_____
                       Marlon Griffith
                       Griffith & Wheat PLLC
                       1156 15th Street NW, Suite 510
                       Washington, DC 20005
                       (202) 496-4963 phone
                       marlongriffith@griffithwheatlaw.com

*Counsel for Plaintiff*